UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:16-CV-413-KS

| | | |
|---|---|---|
| PATSY SUE OXENDINE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT ORDER** |
| | ) | |
| NANCY A. BERRYHILL, | ) | *Electronic Filing* |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
|     Defendant. | ) | |

This action being submitted to the Court for entry of a Consent Order agreed to by the Parties and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the Parties have agreed that Plaintiff, Patsy Sue Oxendine, is awarded attorney fees under the EAJA in the amount of FIVE THOUSAND NINE HUNDRED EIGHTY-FIVE DOLLARS and 00/100 ($5,985.00) in full and final settlement of attorney fees and costs arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d). In accordance with Plaintiff's corresponding Consent Motion, full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

It is therefore **ORDERED** that, pursuant to the above, the Commissioner pay the sum of FIVE THOUSAND NINE HUNDRED EIGHTY-FIVE DOLLARS and 00/100 ($5,985.00) in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is dismissed with prejudice.

This 17th day of October 2017.

KIMBERLY A. SWANK
United States Magistrate Judge

**CONSENTED TO:**

Date: 10/16/17

s/ Karl E. Osterhout
OSTERHOUT BERGER DISABILITY LAW
521 Cedar Way, Suite 200
Oakmont, PA 15139
412-794-8003 (P)
412-794-8050 (F)
karl@mydisabilityattorney.com
*Attorney for Plaintiff*

Date: 10/16/17

s/ David Mansfield*
DAVID M. MANSFIELD, ESQUIRE
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
6401 Security Boulevard
Altmeyer Building, Room 617
Baltimore, MD 21235-6401
410-966-2305 (P)
410-597-0137 (F)
David.Mansfield@ssa.gov
Virginia Bar #80645
*Attorney for Defendant*
*(\*Permission for use of electronic signature obtained via email dated 10/16/17).*