UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PATSY SUE OXENDINE,<br>    Plaintiff, | )<br>)<br>) | **JUDGMENT** |
| v. | )<br>) | Case No. 7:16-CV-413-KS |
| NANCY A. BERRYHILL,<br>*Acting Commissioner of Social Security,*<br>    Defendant. | )<br>)<br>) | |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Attorney Fees.

IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner of Social Security pay the sumo f $5,985.00 in attorney fees, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is dismissed with prejudice.

This judgment filed and entered on October 18, 2017, with *electronic service* upon:

**Karl E. Osterhout**
**Paul B. Eaglin**
*Counsel for Plaintiff*

**David Mansfield**
*Counsel for Defendant*

                                        **PETER A. MOORE, JR.**
                                        **CLERK, U.S. DISTRICT COURT**

October 18, 2017                              /s/ *Shelia D. Foell*
                                                      (By): Shelia D. Foell, Deputy Clerk